AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1
Case 4:04-cr-00141-JM  Document 877  Filed 02/23/12  Page 1 of 2

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHASITY DAWN WEST | |

Case No.  4:04cr00141-04 JMM

USM No. 23369-009

Latrece Gray

_____
Defendant's Attorney

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 3 2012

JAMES W. McCORMACK, CLERK

By: _____ DEP CLERK

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s)  _____ of the term of supervision.

☑ was found in violation of condition(s)   General & Special   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from use of a controlled substance | 01/23/2012 |
| Special 14 | Failure to appear for drug testing & failure to complete period at residential reentry center | 01/31/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3614

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
Conway, Arkansas

02/23/2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

James M. Moody                    US District Judge
_____
Name and Title of Judge

02/23/2012
_____
Date

DEFENDANT: CHASITY DAWN WEST
CASE NUMBER: 4:04cr00141-04 JMM

Judgment — Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

SIX (6) MONTHS

☑  The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in nonresidential substance abuse treament.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐  a.m.   ☐  p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☑  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☑   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL